62 So.2d 924

## Ex parte G. Wallace ROBERTS.

### Ethelelene ROBERTS v. G. Wallace ROBERTS.
5 Div. 522.

Supreme Court of Alabama.
Nov. 20, 1952.

PER CURIAM.

Petition dismissed.

62 So.2d 924

## Waymon RUDDER v. B. J. ROSENBUSH.
2 Div. 301.

Supreme Court of Alabama.
Oct. 28, 1952.

PER CURIAM.

Appeal dismissed.

62 So.2d 924

## Evans SANDERS v. Leon B. GIBBS et al.
6 Div. 147.

Supreme Court of Alabama.
Nov. 25, 1952.

PER CURIAM.

Appeal dismissed.

62 So.2d 924

## K. G. SANDERSON v. DIXIE MUTUAL FIRE INS. CO., Inc.
6 Div. 149.

Supreme Court of Alabama.
Nov. 25, 1952.

PER CURIAM.

Appeal dismissed.

60 So.2d 913

## Ex parte Arthur W. SHARPTON.
8 Div. 675.

Supreme Court of Alabama.
Oct. 2, 1952.

Bradshaw, Barnett & Haltom, Florence, for petitioner.

LIVINGSTON, Chief Justice.

Rule nisi denied.